UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CRAIG G. CAFFREY, )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION )<br>COMMISSIONER, )<br>)<br>   Defendant ) | CIVIL NO. 2:23-cv-00371-LEW |

## JUDGMENT

In accordance with the Second Amended Order issued by U.S. District Judge Lance E. Walker, dated February 29, 2024, this case is REVERSED and REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

                                                                    CHRISTA K. BERRY, CLERK

                                                                    By: /s/ Michele Mitchell
                                                                        Deputy Clerk

Dated: February 29, 2024